**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**LLOYD DEMETRIUS GRICE,**

   **Plaintiff,**

**v.**                                                          **Case No. 4:19-cv-192-AW-CAS**

**RICHARD MILDENBERGER, et al.,**

   **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation (ECF No. 6), which recommends that the case be dismissed for failure to prosecute and for failure to comply with a court order. No objections have been filed. The Court concludes that Plaintiff has failed to prosecute his case and that he has failed to comply with a court order. The Court has thus determined that the recommendation should be accepted, and this case is dismissed. The Clerk will enter a judgment stating: "This case is dismissed without prejudice." And the Clerk will close the file.

SO ORDERED on September 5, 2019.

s/ *Allen Winsor*
United States District Judge